# Exhibit A

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

WARREN E BELL    Petitioner,

vs.

KING County
EMILY, A STEPHEN    Respondent.    NO. 21-2-10891-8 KNT
ET.AL.

_____Photos

_____Report_____

_____Social Media Messages (SOM)/ Text Messages

_____Statement/Declaration of  AMENDED Complaint

_____Correspondence (CRRSP)

   _____Emails (EMAIL)
   _____Letter (LTR)

_____Other _____

HONORABLE JUDGE SAMUEL CHUNG

SUPERIOR COURT OF WASHINGTON
FOR COUNTY OF KING

| | |
|---|---|
| WARREN E. BELL,<br>        Plaintiff's,<br><br>V.<br><br>KING COUNTY, A MUNICIPAL CORPORATION AND POLITICAL SUBDIVISION OF THE STATE OF WASHINGTON; KING COUNTY SHERIFF'S OFFICES, A DIVISION OF KING COUNTY, EMILY A. STEPHENS, SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITIES AS A KING COUNTY DEPUTY SHERIFF, ALEX PAUL, SUED IN HIS INDIVIDUAL AND OFFICAL CAPACITIES AS A KING COUNTY SHERIFF DETECTIVE; PETE LINDE SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES AS A KING COUNTY SHERIFF DETECTIVE; ED CHRISTIAN, SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITES AS A KING COUNTY SHERIFF DETECTIVE; DAVE MENDEZ, SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES AS A KING COUNTY SHERIFF DETECTIVE,<br>        Defendant's | NO. 21-2-10891-8 KNT.<br>PLAINTIFF'S AMENDED AND VERIFIED 42 U.S.C.~ 1983 CIVIL RIGHTS COMPLAINT AND VIOLATION OF STATE LAWS, RCW 36. 01.010; RCW 9A.72.040; RCW 9A.80.010; RCW 4.16.100 (1); RCW 4.16.080 (2) AND (5); RCW 4.96.020; RCW 4.96.010;<br>( JURY DEMAND ) |

## I. JURISDICTION

1.1 This Court has concurrent jurisdiction equal with the United States Federal District Court to hear any Civil Rights violations under 28 U.S.C.~ 1343, and to hear 42 U.S.C.

1.

~ 1983 Civil Rights Complaints, against the County of King, a Municipal Corporation And Political Subdivision of the State of Washington, RCW 36.01.010, ( Corporate Power ); RCW 36.01.050 ( Venue of actions by or against Counties ); And to hear Violations of State Laws, RCW 9A.72.040 ( False Swearing ); RCW 4.16.080 (2) and (5), ( injury to person ) – ( Actions against Sheriff ); RCW 4.16.100 (1) ( False imprisonment ); RCW 4. 96. ( Actions against Political Subdivisions, Municipal and Quasi – Municipal Corporations ),. 010 and 020; And RCW 9A.80.010 ( Official Misconduct ).

## II. PARTIES

2.1 Plaintiff Mr. Warren E. Bell, is at all time Herein resides at 8810 John Dower rd. S. W. Apartment #14, Lakewood, WA 98499. ACTING PRO SE.

2.2 Defendant King County, is a Municipal Corporation, A Political Subdivision of The State of Washington, Located at: King County Auditor's Office 516 3rd Ave , Seattle , WA 98104. Is being sued in its Official Capacity.

2.3 Defendant King County Sheriff's Office, a Division of King County, located at : 22300 SE 231 st, Maple Valley, WA 98038, is being sued in its Official Capacity.

2.4 Defendant Emily A. Stephens is a King County Sheriff deputy, is located at: 601 SW 149th St. Seattle , WA 98166 is being sued in her individual and Official Capacities.

2.5 Defendant Alex Paul is a King County Sheriff Officer, is located at: Special Operations Section, King County Sheriff's Office, 22300 SE 231 St. Maple Valley WA 98038 and or King County Sheriff's Office, 516 3rd Ave. 1st Floor, Room W-116 Seattle, WA 98104 is being Sued in his Individual and Official Capacities.

2.6 Defendant Pete Linde, is a King County Sheriff Officer, is located at: Special Operations Section, King County Sheriff's Office, 22300 SE 231st St. Maple Valley WA 98038, and or : King County Sheriff's Office 516 3rd Ave. 1st Floor, Room W- 116 Is being Sued in his individual and Official Capacities.

2.7 Defendant Ed Christian, is a King County Sheriff Officer, is located at: Special Operations Section, King County Sheriff Office, 22300 SE 231st St. Maple Valley, WA 98038, And or King County Sheriff's Office 516 3rd Ave 1st Floor W-116, Seattle, WA 98104, is being Sued in his individual and Official Capacities.

2.8 Defendant Dave Mendez, is a King County Sheriff Officer, is located at: Special Operations Section, King County Sheriff's Office, 22300 SE 231st St. Maple Valley WA 98038, And or: King County Sheriff's Office, 516 3rd Ave 1st Floor, Room W-116, Seattle, WA 98104, is being Sued in his Individual and Official Capacities.

### III. PLAINTIFF'S VERIFIED STATEMENT OF FACTS.

3.1 King County a Municipal Corporation under 42 U.S.C.~ 1983: **Defendant's** Emily A. Stephens, Alex Paul, Pete Lines, Ed Christian, and Dave Mendez, Are Employees and or Agents who were at all times acting through an Official Custom, Pattern, Practice and or Policy of King County that permitted Deliberate Indifference to Plaintiff, and violated Plaintiff's Civil Rights and the King County Sheriff's Office Ratified the unlawful conduct. King County failed To oversee the Implementations and Enforcement of the policies, procedures And regulations to protect Plaintiff's and failed to properly train and supervise It's employees.

3.2 On August 31, 2019, Ms. Stephens initiated a pull-over traffic stop because She claimed she could not read the * Temporary Driver's Tag * taped to the Upper left side of the rear back windshield of my vehicle, which immediately Turned into a Warrantless Arrest for Driving while under the influence, RCW 46.61.502, then without any evidence Ms. Stephen lied to obtain a * Search Warrant for Evidence of a Crime*., to wit: Driving while under the influence,

RCW 46.61.502 (Judicial Deception) (False Arrest), U.S. Federal Constitutional Violations of the Fourth Amendment.

3.3 On September 1st, 2019 The Honorable King County District Court Judge Mr. Nathaniel B. Green Jr. his signature was obtained by Ms. Stephens on the Search Warrant and immediately after Personal Property was taken by force (Blood) two Vials while Ms. Stephens held me down against my will.
This was a violation of Washington State Constitution Article I, Sec 14, (Nor Cruel Punishment inflicted) and a violation of the United States Federal Constitutions Eighth Amendment (nor cruel and unusual punishments inflicted).

3.4 On September 17th, 2019, the King County District Court dismissed all Criminal Charges against plaintiff. (NO PROBALE CAUSE EXISTED). King County failed to Train and Supervise Deputy Ms. Emily A. Stephens.

**THE FOUR DETECTIVES AND KING COUNTY SHERIFF'S OFFICE:**

3.5 Defendant's, Detective's Mr. Alex Paul, Mr. Pete Linde, Mr. Ed Christian, Mr. Dave Mendez and King County Sheriff's Office, conducted a hearing / Proceeding on October 4th, 2019, at the King County Sheriff's Office, Plaintiff appeared and was Denied Compensation of $454.16, for the impound of his Vehicle for no Justification to do so.
This denied plaintiff his Washington State Constitutional Right Article I, Sec. 3, (property), and of the United States Federal Constitutional Right of the Fourteenth Amendment (Due Process of Law) (Property Interest) and (Liberty Interest). King County and King County Sheriff's Office Ratified the conduct Of It's Employees / Agents Conduct. (Negligent Training and Supervision).

4.

King County has Policies, Practices, Patterns, and or Customs that facilitated Or Caused the violations of Plaintiff's State and U. S. Federal Constitutional Rights under the Fourth and Fourteenth Amendment Clause and under the Washington State Constitutions Article's ~ I, Sec 3 and 14.

**KING COUNTY SHERIFF'S OFFICE UNDER 42 U.S.C.~ 1983:**

3.6 The King County Sheriff's Office allows its Deputies and Officer/ Agents To Arrest Plaintiff without no Probable Cause to arrest and without any Evidence Of whether plaintiff was in the commission of a crime or had committed a Crime during a relevant traffic stop, and condones lies of its employees to Courts to obtaining Search Warrants and denied plaintiff to be compensated for an impound that turned out where no fault of the plaintiff by its officials ( Detectives ).

3.7 On October 4th 2019, there was no probable cause to arrest plaintiff. All criminal charges were dismissed, and the King County Sheriff's detectives Denied plaintiff to be compensated through the King Counties policies, Rules, Practices, Patterns of its Customs, procedures and regulations, of a blanket rule, Denying all citizens compensation for improper impoundment's by its officials. These State and U. S. Federal Constitutional violations were caused by the failure To train properly and supervise its employees / agents by the King County Sheriff's Office.

**DEFENDANT MS. EMILY A. STEPHENS UNDER U. S. C. ~ 1983 :**

3.8 Ms. Stephens, on August 31, 2019, pulled me over ( Traffic Stop ), while I was Traveling to my home in Lakewood Washington while in her Washington State Patrol Car. Her reason she Claimed: that she could not read the * Temporary

Driver's Tag * taped to upper left side rear back windshield corner of my Vehicle.

3.9 Ms. Stephens, then immediately accused me of Driving Under the Influence Of Alcohol or Drugs and placed me under arrest after she refused to read my documents she asked me for. * Driver's License, Insurance and Registration* had she read my documents she would not have arrested me.

3.10 I was falsely arrested without a Warrant and no Evidence to arrest me for A (DUI), No probable Cause existed. Ms. Stephens then submitted a * Sworn Declaration * in support of her request for a Search Warrant for Evidence of A crime, (Dated : September 1st, 2019). And on September 1st, 2019, District Court Judge Mr. Nathaniel B. Green Jr. his signature was signed on the warrant.

3.11 On September 1st, 2019 Ms. Stephens held me down against my will While Ms. Erin Hilliard extracted 2 vials of my blood, (Personal Property). Ms. Stephens clearly has violated plaintiff's United States Federal Rights of the Fourth Amendment. (False Arrest/False Imprisonment) (Search and Seizure) and (Judicial Deception). Deliberate Falsehood and Reckless Disregard for the Truth.

3.12 Ms. Stephens violated plaintiff's United States Federal Constitutional Right Of The Eighth Amendment, when she held me down against my will to have my Blood extracted by force, based on false and misleading information within her Sworn Declaration for the Search Warrant.

6.

## DEFENDANT MR. ALEX PAUL, UNDER 42 U. S. C. ~ 1983:

Mr. Alex on October 4th, 2019, denied plaintiff Mr. Bell to be Compensated In the amount of $ 454.16 for the impound of his vehicle during the King County Sheriff's office hearing / proceeding, where plaintiff attended and Presented no violation of any State Laws or any County Ordinance Violations To the hearing officer's ( Mr. Alex ), who denied Mr. Bell to be Compensated Without any reason given.

This clearly violates Mr. Bell U. S. Federal Constitutional Right of the Fourteenth Amendment ( Property Interest ) and ( Liberty Interest ) and violation of the Washington State Constitution Article I, Sec 3.

## DEFENDANT MR. PETE LINDE UNDER 42 U.S.C. ~ 1983:

Mr. Linde, On October 4th, 2019, denied plaintiff to be Compensated in the Amount of $ 454.16 for the impound of his vehicle during a King County Sheriff's office hearing / proceeding where Mr. Bell attended and presented No violations of any State Laws or any County Ordinances to the hearings Officer Mr. Linde who denied Mr. Bell to be Compensated.

This violates Plaintiff U. S. Federal Constitutional Right of the Fourteenth Amendment ( Property Interest ) and ( Liberty Interest ).

## DEFENDANT MR. ED CHRISTIAN UNDER 42 U. S. C. ~ 1983:

Mr. Christian, On October 4th, 2019, denied plaintiff to be Compensated in the Amount of $ 454.16 for the impound of his vehicle during a King County Sheriff's office hearing / proceeding where Mr. Bell attended and presented No violations of any State Laws or any County Ordinances to the hearings Officer Mr. Christian who denied Mr. Bell to be Compensated. This violates

7.

Mr. Bell's U. S. Federal Constitutional Right of the Fourteenth Amendment ( Property Interest ) and ( Liberty Interest ).

### DEFENDANT MR. DAVE MENDEZ UNDER 42 U. S. C. ~ 1983:

Mr. Mendez, On October 4th, 2019, denied plaintiff to be Compensated in the Amount of $ 454.16 for the impound of his vehicle by the King County Sheriff's office during the King County Sheriff's office hearing / proceeding where Mr. Bell attended and presented No violations of any State Laws or any County Ordinances to the hearings Officer Mr. Mendez who denied Mr. Bell to be Compensated. This violates Mr. Bell's U. S. Federal Constitutional Right of the Fourteenth Amendment (Property Interest ) and ( Liberty Interest ).

### STATE LAW CLAIMS UNDER REVISE CODE OF WASHINGTON (RCW):

Defendant Ms. Emily A. Stephens violated RCW ~ 4. 16. 100 (1) and RCW ~ 4. 16. 080 (2) And (5), ( False Arrest ) and ( False Imprisonment ): On August 21st 2019, Ms. Stephens falsely arrested Mr. Bell for unrelated purposes To the actual Pullover Traffic Stop. The stop was initiated because Ms. Stephens Claimed she could not see or read the " Temporary Driver Tag" taped to the rear Windshield of my vehicle. Ms. Stephens completely disregarded the information she ask me to see, My License, Insurance and Registration, instead she initiated an arrest immediately on an assumption with no Evidence of any sort: 1. Driving while under the Influence; and 2. Operating A vehicle without ignition interlock. Had she took the time to see the information I Presented to her she would not of arrested me. Other than for the purpose of the Pullover, I would not have been arrested. It was a Warrantless arrest needlessly and without any actual or visual evidence.

**Defendant Ms. Stephens violated RCW ~ 9A. 72. 040, ( False Swearing ):**

On September 1, 2019, Ms. Stephens initiated and submitted a search warrant And a Declaration in support of the Search Warrant for any Evidence. In her Sworn Declaration Ms. Stephens knowingly lied giving a false statement under Oath within the Declaration while under the color of law. Mr. Bell did not use Intoxicating Liquor, Marijuana, or any illegal drugs nor was he affected in any Way to operate/drive nor impaired in any way, but still accused under an Assumption by the over zealous officer.

**Defendant Ms. Stephens violated RCW ~ 9A. 80. 010 (1)(a), ( Official Misconduct):**

Ms. Stephens gratification was to arrest and to later find and prove guilt of a Crime, denying Mr. Bell his lawful right to remain free and un-detained without Probable cause, and without being assaulted held down and forced by Ms. Stephens For his personal property ( Blood ), and without being lied against by her providing False information to a court of law. ( Judicial Deception ). Ms. Stephens clearly Abused her position and authority when she stopped Mr. Bell and arrested him For unrelated purposes and forcefully assaulted to extract his Blood, where no probable Cause exited.

**Defendant Ms. Stephens caused Intentional Infliction of Emotional Distress ( Outrageous Conduct ):**

Ms. Stephens was reckless for arresting Mr. Bell for unrelated reasons to the Initial purpose of the Stop. When no evidence exist then to commit perjury By lying to obtain a search warrant while under Oath as an official, and then to inflict bodily harm by forcefully holding him down while his blood is

9.

Extracted which resulted and caused severe emotional distress. Nothing Supported Probable Cause resulting in Outrageous Conduct. Mr. Bell was Arrested, Searched and Seized and Prosecuted without lawful authority, by An under trained official / officer who abused her authority.

## IV. CLAIMS FOR RELIEF

### KING COUNTY:

4.1 King County a Municipal Corporation has created a Custom, Pattern, Practice and or a Policy that is deliberately indifferent to plaintiff's U. S. Constitutional Rights of the Fourth Amendment ( unreasonable searches and seizures, no Warrants shall issue, unless probable cause ), Eighth Amendment ( nor cruel and Unusual punishment inflicted ), and Fourteenth Amendment ( nor shall any State deprive any person of life, Liberty, or property, without due process of Law ).

4.2 Plaintiff was arrested for unrelated reasons to the initial traffic stop – Pullover Resulting in a False arrest, then forcefully held down by DEPUTY EMILY A. STEPHENS, to extract his blood, after submitting and filing a Misleading, Falsifying Sworn Declaration to do so in obtaining a Search Warrant to obtain Any evidence to justify the pullover and arrest. ( Judicial Deception ). King County condoned and Ratified these unconstitutional actions of its employees King County failed to properly train and promulgated these unconstitutional Customs, Patterns, Practice and Policies. ( Negligent Supervision ).

### KING COUNTY SHERIFF'S OFFICE:

4.3 King County Sheriff's Office failed to properly train its employees, King - County Sheriff's Office negligently trained and supervised its employees Which resulted and facilitated violations of plaintiff's Washington State

10.

Constitutional Rights of Article I, Section 3, ( No person shall be deprived of Life, Liberty, or property, without due process of Law ), and Article I, Section 14 ( Nor cruel punishment inflicted ), Also violated: U. S. Constitutional Rights of The Fourth Amendment ( against unreasonable searches and seizures, and no Warrants shall issue, but upon probable cause ) Eighth Amendment ( nor cruel And unusual punishment inflicted ) and Fourteenth Amendment ( nor Shall any State deprive any person of life, Liberty, or property, without due process of law ).

**KING COUNTY SHERIFF DEPUTY EMILY A. STEPHENS :**

4.4 Ms. Stephens arrested plaintiff for the sole reason that she assumed – Plaintiff Was under the influence of alcohol or drugs without any evidence Whatsoever, then lied to a Court of Law to obtain a search warrant to try and prove her assumption, then physically restrained plaintiff against his will to extract his blood. These actions constituted violations of plaintiff's Washington State Constitutional Rights of: Article I, Section 3, ( No person shall be deprived of Life, Liberty, or Property, without due process of law ), and Article I, Section 14, ( Nor cruel – punishment inflicted ) also violations of plaintiff's U. S. Constitutional Rights of the Fourth Amendment ( against unreasonable searches and Seizures Shall not be violated, and no warrant shall issue, but upon probable cause ) and Eighth Amendment ( nor cruel and unusual punishment inflicted ).

**KING COUNTY SHERIFF DETECTIVES:**

4.5 Mr. Alex Paul, Pete Linde, Ed Christian, and Dave Mendez denied plaintiff his Compensation for the August 31, 2019, arrest and Impound of his personal Vehicle. --

11.

4.6 On October 4, 2019, a proceeding was held by these Four King County Detectives, Plaintiff appeared and attended and without any justification was denied to be compensated for the unlawful arrest and impound of his vehicle. This is a violation of Washington State Constitutional Rights of: Article I, Section 3, ( No person shall be deprived of Life, Liberty, or Property, without Due process of Law ). And violated : U. S. Constitutional Right of the Fourteenth Amendment ( nor shall any State deprive any person of Life, Liberty, Or property, without due process of law ).

**STATE LAW CLAIMS**

1. Defendant Ms. Emily A. Stephens is a King County Sheriff Deputy who Has violated Washington State Law under the Revise Code of Washington ( RCW). On August 31, 2019, Ms. Stephens falsely arrested and falsely imprisoned Plaintiff under RCW 4. 16. 100 (1), based on false assumptions, Rather than having a legitimate reason to justify probable cause, when no evidence Existed to Warrant an Immediate and legitimate arrest.

2. Ms. Stephens violated RCW 9A. 72. 040 ( False Swearing ). When she wrote and signed a Sworn Declaration in support of her warrant for Search and Seizure on September 1, 2019. Ms. Stephens stated in the declaration a sundry of false and misleading Accusations to achieve her goal and objective to secure a Warrant to Search and Seize to justify her false assumptions of a crime as:* been committed * or * being committed *.

12.

3. Ms. Stephens violated RCW 9A. 60. 030, ( Obtaining a Signature by Deception ), when she lied to a Judicial District Court Judge the Honorable, Mr. Nathaniel Green Jr, to obtain a Warrant for her Search and Seizure. This Is clearly Criminal to say the least.

4. Ms. Stephens violated RCW 9A. 80. 010 ( Official Misconduct ), Her Actions constitutes Official Misconduct for her false and misleading Intent to obtain a Warrant to Search and Seize , Unlawful arrest and imprisonment to deprive plaintiff of his lawful rights and privileges of remaining at Liberty. Ms. Stephens committed these acts while and during under the color of law And refrained from performing her legal duty imposed upon her by law as a King County Sheriff Deputy. Ms. Stephens actions are clearly explained within this Complaint, SEE Section III, ( Plaintiff's Verified Statement of Facts ).

## V. RELIEF REQUESTED

WHEREFORE, Plaintiff requests that the Court Grant the following Combined and individual relief:

**King County:**

1. King County must revise their Policies and Regulations, its Traffic Stops which should prohibit its employees from initiating a hunting expedition for evidence of a crime unrelated to a traffic pullover stop.

2. King County must change its Policies and Regulations preventing its Employees from disregarding fact and honor cases that should be Compensated when no fault exist where the complainant has incurred Costs against the County and provide written reasons justifying all its Decisions.

3. King County must changes its Policies, Patterns, Practices, Customs, Procedures and Regulations where the arresting officer Physically restrains The arrestee when initiating a Warrant for Blood as in this case.

4. Award Plaintiff a declaratory and injunctive relief for all the violations Committed against plaintiff by the King County, where the result of its Policies and Regulations cause the harm and Violations of Plaintiff's Civil Rights, as stated in this complaint. ( And Nominal Damages ).

**KING COUNTY SHERIFF'S OFFICE:**
1. Award Plaintiff $25,000 from King County Sheriff Office, for failure to Train and properly Supervise its Employees, Specifically the Five Officer's while they were in the performance of their duties which resulted in the violations of plaintiff's State and U. S. Constitutional Rights, as explained in this complaint.

**EMILY A. STEPHENS:**
2. Award Plaintiff $50,000 from Ms. Stephens for the violations of plaintiff's State and U. S. Constitutional Rights as explained in the Complaint: (Exemplary, Compensatory, Punitive, Consequential, and Nominal Damages ).

**KING COUNTY SHERIFF'S DETECTIVES:**
3. Award Plaintiff $5,000 from each of the King County Sheriff's Detectives, Mr. Alex Paul, Pete Linde, Ed Christian, and Dave Mendez, who all deliberately And willfully abused their authority when they declined to compensate Plaintiff were no fault exists, and loss work wages, and false arrest. (Exemplary, Compensatory, Punitive, and Consequential Damages ).

## VI. VERIFICATION

**Plaintiff declares under penalty of perjury, under the laws of the State of Washington RCW 9A. 72. 085, and under the laws of United States of America 28 U. S. C. `1746, that the Statement of Facts in this Complaint is true and Correct to the best of my knowledge.**

DATED:   02 /14 2022

*Warren E. Bell*

Mr. WARREN E. BELL, Apt # 14
8810 John Dower rd. S. W.
LAKEWOOD, WA 98499                    14.

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON COUNTY OF KING

| Plaintiff / Petitioner:<br>WARREN E. BELL | Case No:<br>21-2-10891-8 KNT |
|---|---|
| Defendant / Respondent:<br>KING COUNTY, A MUNICIPAL CORPORATION AND POLITICAL SUBDIVISION OF THE STATE OF WASHINGTON, Et al. | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Wed, Feb 23 2022 at 02:13 PM, at the address of 1191 2ND AVE STE 1700, within SEATTLE, WA, the undersigned duly served the following document(s): PLAINTIFF'S AMENDED AND VERIFIED 42 U.S.C~ 1983 CIVIL RIGHTS COMPLAINT AND VIOLATION OF STATE LAWS, RCW 36.01.010; RCW 9A.72.040; RCW 9A.80.010; RCW 4.16.100 (1); RCW 4.16.080 (2) AND (5); RCW 4.96.020; RCW 4.96.010; CERTIFICATE OF SERVICE in the above entitled action upon RAAM WONG, FOR KING COUNTY, by then and there, at the usual place of business of said person(s), personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with Dan Fernandez.

**Description:**
Name: Dan Fernandez
Age: 50s
Ethnicity: Caucasian
Gender: Male
Weight: 190
Height: 5'9"
Hair: Bald
Eyes: Green
Relationship: Prosecuting Attorney / Authorized Agent

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date:  2/23/2022

*[signature]*

EMILY BEEBE
29655

GreyhoundLegal.com
9508 Front St S
Lakewood, WA 98499
(253) 230-9675

## CERTIFICATE OF PERSONAL SERVICE

I, _____ , certify that on the date below, the following Documents were served : Order Setting Civil Case Schedule, 20 days Summons and Plaintiff's 42 U. S. C. Sec 1983 Civil Rights Complaint, On the following parties in this matter to be delivered To:

1. Defendant, Deputy Ms. Emily A. Stephens Badge No. 103591
   King County Sheriff's office
   South Division 601 SW 149th Street
   Seattle, WA 98166

2. Defendant, King County Sheriff's Office
   King County Sheriff's Office,
   South Division 22300 S.E. 231st
   Maple Valley, WA 98038

I _____ , declare Under Penalty of Perjury RCW 9A.72.085

That the above is true and correct, served by Personal Service On: _____

_____, 2022

*Warren G. Bell*
Signature: _____

8810 John Dower rd. #14
Lakewood, WA 98499
Phone: [253] 478-0000
E-Mail : Wbell 102@ Gmail.com